No. 89–1384.   ROSS ET AL. v. BANK SOUTH, N. A., ET AL. C. A. 11th Cir.   Certiorari denied.

No. 89–1386.   FISHMAN v. TEXAS.   Ct. App. Tex., 13th Dist. Certiorari denied.

No. 89–1388.   SCOTT v. DREAMLITE HOLDINGS LTD. ET AL. C. A. Fed. Cir.   Certiorari denied.

No. 89–1406.   NEISTEIN v. ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION.   Sup. Ct. Ill.   Certiorari denied.

No. 89–1407.   DAVIS, BY AND THROUGH HER GUARDIAN, FARMERS BANK & CAPITAL TRUST COMPANY OF FRANKFORT, KENTUCKY v. KENTUCKY FINANCE COMPANIES RETIREMENT PLAN ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 89–1424.   CROUCH v. MCINTYRE.   Ct. App. Ore.   Certiorari denied.

No. 89–1449.   HOLMAN ET AL. v. WALLING.   C. A. 2d Cir. Certiorari denied.

No. 89–1457.   LIMONJA ET AL. v. VIRGINIA.   Ct. App. Va. Certiorari denied.

No. 89–1465.   KOZAK v. UNITED STATES DEPARTMENT OF AGRICULTURE.   C. A. 2d Cir.   Certiorari denied.

No. 89–1475.   SILVA ET AL. v. MACLAINE ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 89–1509.   WAGNER v. UNITED STATES BANKRUPTCY COURT.   C. A. 3d Cir.   Certiorari denied.

No. 89–1521.   LACKEY v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 89–1528.   CRUTCHFIELD v. MARYLAND.   Ct. App. Md. Certiorari denied.